940 So.2d 1190 (2006)
PHENION DEVELOPMENT GROUP, INC., et al., Appellant,
v.
Willard PALMER and Gene Grimes, Appellees.
No. 5D06-1711.
District Court of Appeal of Florida, Fifth District.
October 10, 2006.
Rehearing Denied November 1, 2006.
Charles D. Franken, of Charles D. Franken, P.A., Plantation, for Appellant.
David G. Larkin and Jesse L. Kabaservice, of Fallace & Larkin, L.C., Melbourne, for Appellee.
PER CURIAM.
AFFIRMED. See Phenion Dev. Group, Inc. v. Love, Case No. 5D06-1710, 940 So.2d 1179, 2006 WL 2785515 (Fla. Sept. 29, 2006).
THOMPSON, PALMER and LAWSON, JJ., concur.